# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILLIAM L. ARMSTRONG

NO. 2019 KW 1643

MAR 1 3 2020

---

In Re:   William L. Armstrong, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 10-18-0154 & 11-17-0091.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the commitment order, all pertinent minute entries and/or complete transcripts, and any other portions of the district court record that might support the claims raised in this writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before May 12, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT